UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

F. Ronald Elmo, et al.

      v.                                                           Civil No. 10-cv-286-JL

James M. Callahan, et al.

ORDER

With the consent of the parties, it is herewith ordered that the above-captioned matter is referred to United States Magistrate Judge Landya B. McCafferty for Mediation. Mediation is scheduled for September 14, 2012 at 10:30 AM . Bench Trial is rescheduled to October 29, 2012 at 10:00 AM.

August 29, 2012

                                            _____
                                            Joseph N. Laplante
                                            Chief Judge

cc:    Counsel of Record